IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **J&J SPORTS PRODUCTIONS, INC.,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **LORENZO GONZALEZ et al.,** | : | **No. 12-6313** |
| **Defendants.** | : | |

**O R D E R**

AND NOW, this 14th day of November, 2013, upon consideration of J&J Sports

Productions, Inc.'s Motion to Strike (Docket No. 21) and Defendants' Response thereto (Docket

No. 22), it is hereby ORDERED that the Motion is GRANTED IN PART and DENIED IN

PART such that:

1. The words, "By way of further answer, the damages that the Plaintiff is seeking are excessive and the Plaintiff, as an entity, and his counsel has been criticized for doing this," and the accompanying citation, are stricken from paragraphs 25 and 30 of Defendants' Answer (Docket No. 20);

2. the words, "By way further answer, the answering Defendants operate a relatively small 'mom and pop' restaurant/bar in the City of Reading and the legal defenses incurred are a 'severe economic distress and great financial loss to them," are stricken from paragraph 33 of Defendants' Answer; and

3. Defendants' first affirmative defense, laches, is stricken only with regard to J&J Sports Productions, Inc.'s claim of conversion.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

1